# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 129 EAL 2018
                                 :
        Respondent           :
                                 :    Petition for Allowance of Appeal from
                                 :    the Order of the Superior Court
        v.                   :
                                 :
                                 :
DENNIS A. HOWARD,                :
                                 :
        Petitioner           :

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of September, 2018, the Petition for Allowance of Appeal is **DENIED**.